Charles J. Ekstrand et al., Appellants, v. N. P. Severin et al., Appellees.

Gen. No. 40,915.

opinion filed January 21, 1941; rehearing denied February 5, 1941. England, O'Toole & Kays, for appellants; J. E. Yaffe, for appellees. Opinion by JUSTICE SCANLAN. ''Not to be published in full.''